**(Official Form 1)  (12/03)**

| FORM B1 | United States Bankruptcy Court<br>District of Nebraska | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bennett, JR, Dannie Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bennett, Maria Dejesus** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Quality Building Services** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **9977** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **3862** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**11416 S. 42nd AVE**<br>**Bellevue, NE  68123** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**11416 S. 42nd AVE**<br>**Bellevue, NE  68123** |
| County of Residence or of the<br>Principal Place of Business:    **Sarpy** | County of Residence or of the<br>Principal Place of Business:    **Sarpy** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)        ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other _____    ☐ Clearing Bank | ☑ Chapter 7        ☐ Chapter 11        ☐ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses
paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

**(Official Form 1)  (12/03)** | **FORM B1**, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

Location
Where Filed: **None** | Case Number: | Date Filed:

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

Name of Debtor:
**None** | Case Number: | Date Filed:

District: | Relationship: | Judge:

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dannie L. Bennett, JR**
Signature of Debtor      **Dannie L. Bennett, JR**

X **/s/ Maria D. Bennett**
Signature of Joint Debtor      **Maria D. Bennett**

Telephone Number (If not represented by attorney)
**April 26, 2004**
Date

### Signature of Attorney

X **/s/ Paul W. Rea**
Signature of Attorney for Debtor(s)
**Paul W. Rea 19874**
Printed Name of Attorney for Debtor(s)
**Law Office Of Paul W. Rea**
Firm Name
**941 O Street  STE 728**
Address
**Lincoln, NE  68508**

**(402) 476-7788**
Telephone Number
**April 26, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Paul W. Rea**                          **4/26/04**
Signature of Attorney for Debtor(s)      Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

### UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)*

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)*

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)*

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)*

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

Case Number

| | | |
|---|---|---|
| April 26, 2004 | /s/ Dannie L. Bennett, JR | /s/ Maria D. Bennett |
| Date | Dannie L. Bennett, JR | Maria D. Bennett |
| | Debtor | Joint Debtor, if any |

**INSTRUCTIONS**: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus                    Case No. _____
_____
                        Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Real Estate:  11416 S. 42nd AVE, Belleview, NE  68123** | | | **150,000.00** | **145,000.00** |
| | | **TOTAL** | **150,000.00** | |

(Report also on Summary of Schedules)

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus _____ Case No. _____

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **01 - Cash on Hand** | | 400.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **02 - Checking -- Wells Fargo Bank** | J | 50.00 |
| | | **02 - Checking Accounts (2) -- Commercial Federal Bank** | J | 900.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **04 - Household Goods and Furnishings** | | 3,890.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **05 - Books, Pictures, Records, Tapes, CDs and Collections** | | 100.00 |
| 6.  Wearing apparel. | | **06 - Wearing Apparel** | | 500.00 |
| 7.  Furs and jewelry. | | **07a - Jewelry** | | 200.00 |
| | | **07b - Wedding Rings** | | 300.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **08a - Sports, Photographic and Hobby Equipment** | | 320.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus

Debtor(s)

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 23 - Automobiles:  1998 Land Rover Discovery | | 12,100.00 |
| | | 23 - Automobiles:  2001 Hyundai Santa Fe | J | 13,500.00 |
| | | 23 - Automobiles: 1994 Ford Econoline Van | J | 1,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | 27 - Janitorial Equipment (Scrubbers, Buffers, Vacuums, Etc.) | J | 2,000.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **35,760.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus** _____ Case No. _____
_____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Real Estate:  11416 S. 42nd AVE, Belleview, NE  68123** | R.R.S. 1943 § 40-101 | 5,000.00 | 150,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **01 - Cash on Hand** | R.R.S. 1943 § 25-1552 | 400.00 | 400.00 |
| **02 - Checking -- Wells Fargo Bank** | R.R.S. 1943 § 25-1552 | 50.00 | 50.00 |
| **02 - Checking Accounts (2) -- Commercial Federal Bank** | R.R.S. 1943 § 25-1552 | 900.00 | 900.00 |
| **04 - Household Goods and Furnishings** | R.R.S. 1943 § 25-1556(3) | 1,890.00 | 3,890.00 |
| **05 - Books, Pictures, Records, Tapes, CDs and Collections** | R.R.S. 1943 § 25-1552 | 100.00 | 100.00 |
| **06 - Wearing Apparel** | R.R.S. 1943 § 25-1556(2) | 500.00 | 500.00 |
| **07a - Jewelry** | R.R.S. 1943 § 25-1556(1) | 200.00 | 200.00 |
| **07b - Wedding Rings** | R.R.S. 1943 § 25-1556(1) | 300.00 | 300.00 |
| **08a - Sports, Photographic and Hobby Equipment** | R.R.S. 1943 § 25-1552 | 320.00 | 320.00 |
| **27 - Janitorial Equipment (Scrubbers, Buffers, Vacuums, Etc.)** | R.R.S. 1943 § 25-1556(4) | 2,000.00 | 2,000.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus                    Case No. _____
_____
                           Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively,  in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**First Franklin Loan Services**<br>**P.O. Box 1838**<br>**Pittsburgh, PA  15230** | | J | **1st Mortgage**<br><br>Value $       **150,000.00** | | | | **117,000.00** |
| Account No.<br>**First National Bank**<br>**1620 Dodge ST**<br>**Omaha, NE  68197-2100** | | J | **1998 Land Rover Discovery**<br><br>Value $       **12,100.00** | | | | **15,000.00**<br><br>**2,900.00** |
| Account No.<br>**First National Bank**<br>**1620 Dodge ST**<br>**Omaha, NE  68197-2100** | | J | **2001 Hyundai Santa Fe**<br><br>Value $       **12,500.00** | | | | **14,000.00**<br><br>**1,500.00** |
| Account No.<br>**First National Bank**<br>**1620 Dodge ST**<br>**Omaha, NE  68197-2100** | X | J | **Janitorial Equipment**<br><br>Value $       **2,000.00** | | | | **7,600.00**<br><br>**5,600.00** |
| Account No.<br>**Nebraska Furniture Mart**<br>**700 S. 72nd ST**<br>**Omaha, NE  68114** | | J | **Various Household Goods**<br>**Replevin Action -- Douglas County Court**<br>**CI 04-5519**<br><br>Value $       **2,000.00** | | | | **3,800.00**<br><br>**1,800.00** |

_____ **1** Continuation Sheets attached

Subtotal
(Total of this page)     **157,400.00**

(Complete only on last sheet of Schedule D)  **TOTAL**

(Report total also on Summary of Schedules)

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus                    Case No. _____
_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | Assignee or other notification for: Nebraska Furniture Mart | | | | |
| Gross & Welch, P.C. 2120 S. 72nd ST -- STE 1500 Omaha, NE  68124-2342 | | | Value $ | | | | |
| Account No. | | J | 2nd Mortgage | | | | 28,000.00 |
| Ocwen Federal State Bank 12650 Ingenuity DR Orlando, FL  32826 | | | Value $        150,000.00 | | | | |
| Account No. | | J | 1994 Ford Econoline Van | | | | 2,800.00 |
| Wells Fargo Auto Finance P.O. Box 29704 Phoenix, AZ  85038-9704 | | | Value $        1,500.00 | | | | 1,300.00 |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

Sheet ____ 1 of ____ 1 Continuation Sheets attached to Schedule D

|  | Subtotal (Total of this page) | 30,800.00 |
|---|---|---|
| (Complete only on last sheet of Schedule D) | **TOTAL** | 188,200.00 |
|  | (Report total also on Summary of Schedules) | |

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus                    Case No. _____
                                    Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
   Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus    Case No. _____

Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service**<br>**Stop 5301**<br>**1313 Farnam ST**<br>**Omaha, NE  68102** | | J | | | | | **30,000.00**<br>.............<br>**30,000.00** |
| Account No.<br><br>**U.S. Attorney's Office**<br>**Attn:  Laurie Barrett, Esq.**<br>**1620 Dodge ST  STE 1400**<br>**Omaha, NE  68102** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | |
| Account No.<br><br>**Nebraska Department Of Revenue**<br>**P.O. Box 94818**<br>**Lincoln, NE  68509-4818** | | J | | | | | **unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **1** of _____ **1** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)    **30,000.00**

(Complete only on last sheet of Schedule E)  **TOTAL**    **30,000.00**

(Report total also on Summary of Schedules)

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus

Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ACS International**<br>**43174 Business Park DR -- STE 103**<br>**Temecula, CA  92590** | | J | | | | | **339.31** |
| Account No.<br><br>**American National Bank**<br>**P.O. Box 2139**<br>**Omaha, NE  68103** | X | J | **District Court of Sarpy Court**<br>**CI 04-493** | | | | **8,726.98** |
| Account No.<br><br>**Calkins, Scott A.**<br>**8990 W. Dodge RD -- STE 317**<br>**Omaha, NE  68114-3383** | | | **Assignee or other notification for:**<br>**American National Bank** | | | | |
| Account No.<br><br>**ATandT Universal Card**<br>**P.O. Box 44167**<br>**Jacksonville, FL  32231-4167** | | J | | | | | **6,085.22** |
| Account No.<br><br>**Bennett, Heather**<br>**1216 St. Andrews RD**<br>**Bellevue, NE  68005** | | J | | | | | **3,000.00** |

**7** Continuation Sheets attached

Subtotal
(Total of this page) **18,151.51**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**                    Case No. _____

_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Bennett, Linda <br> 1216 St. Andrews RD <br> Bellevue, NE  68005** | | J | | | | | 1,000.00 |
| Account No. <br> **Bennett, Sandy <br> 1216 St. Andrews RD <br> Bellevue, NE  68005** | | J | | | | | 1,500.00 |
| Account No. <br> **Capital One <br> P.O. Box 85015 <br> Richmond, VA  23285-5015** | | J | | | | | 3,292.47 |
| Account No. <br> **Capital One Services <br> 1957 Westmoreland RD <br> Richmond, VA  23276-5617** | | | Assignee or other notification for: <br> **Capital One** | | | | |
| Account No. <br> **NCO Financial Systems <br> P.O. Box 41417 <br> Philadelphia, PA  19101-1417** | | | Assignee or other notification for: <br> **Capital One** | | | | |
| Account No. <br> **TSYS Total Debt Management <br> P.O. Box 6700 <br> Norcross, GA  30091-6700** | | | Assignee or other notification for: <br> **Capital One** | | | | |
| Account No. <br> **Viking Collection Service, Inc. <br> P.O. Box 59207 <br> Minneapolis, MN  55459** | | | Assignee or other notification for: <br> **Capital One** | | | | |

Sheet _____**1**_____ of _____**7**_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                     **5,792.47**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**                                   Case No. _____

                                                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5263-4012-0000-2518**<br>**Chase Mastercard**<br>**P.O. Box 15919**<br>**Wilmington, DE  19850-5919** | | J | | | | | 10,216.17 |
| Account No.<br>**Viking Collection Service, Inc.**<br>**P.O. Box 59207**<br>**Minneapolis, MN  55459** | | | **Assignee or other notification for:**<br>**Chase Mastercard** | | | | |
| Account No.<br>**Childrens Home Healthcare**<br>**4156 S. 52nd ST**<br>**Omaha, NE  68117** | | J | | | | | 60.00 |
| Account No.<br>**Childrens Physicians -- Bellevue**<br>**P.O. Box 24607**<br>**Omaha, NE  68124-8607** | | J | | | | | 465.00 |
| Account No. **5491-1303-7023-2423**<br>**Citi Cards**<br>**P.O. Box 45165**<br>**Jacksonville, FL  32232-5165** | | J | | | | | 5,912.68 |
| Account No. **5424-1804-5215-6802**<br>**Citi Cards**<br>**P.O. Box 6500**<br>**Sioux Falls, SD  57117** | | J | | | | | 10,769.16 |
| Account No.<br>**Citibank**<br>**P.O. Box 6500**<br>**Sioux Falls, SD  57117** | | J | | | | | 6,085.22 |

Sheet _____ **2** of _____ **7** Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | 33,508.23 |
|---|---|---|
|  | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**                    Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LTD Financial Services**<br>**7322 Southwest FWY  STE 1600**<br>**Houston, TX  77074** | | | Assignee or other notification for:<br>Citibank | | | | |
| Account No.<br><br>**Citibank**<br>**P.O. Box 6500**<br>**Sioux Falls, SD  57117** | | J | | | | | 10,769.16 |
| Account No.<br><br>**LTD Financial Services**<br>**7322 Southwest FWY  STE 1600**<br>**Houston, TX  77074** | | | Assignee or other notification for:<br>Citibank | | | | |
| Account No. **6879450119006964583**<br><br>**Dell Financial Services**<br>**P.O. Box 81577**<br>**Austin, TX  78708-1577** | | J | | | | | 740.77 |
| Account No.<br><br>**Dillard National Bank**<br>**P.O. Box 52051**<br>**Phoenix, AZ  85072-2051** | | J | | | | | 901.40 |
| Account No.<br><br>**CAC Financial Corp.**<br>**2601 NW Expressway -- STE 1000 East**<br>**Oklahoma City, OK  73112-7236** | | | Assignee or other notification for:<br>Dillard National Bank | | | | |
| Account No. **5411-1790-0230-7555**<br><br>**First Bankcard**<br>**P.O. Box 3331**<br>**Omaha, NE  68103-0331** | | J | | | | | 7,868.22 |

Sheet ____**3**____ of ____**7**____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          20,279.55

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**                                    Case No. _____

_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Platinum Recovery Solutions**<br>P.O. Box 3708<br>Omaha, NE  68103-0708 | | | Assignee or other notification for:<br>First Bankcard | | | | |
| Account No. **4418-2292-1861-2557**<br>**First National Bank**<br>P.O. Box 3331<br>Omaha, NE  68103-0331 | | J | | | | | 2,872.09 |
| Account No. **5411-1790-0230-7555**<br>**First National Bank**<br>P.O. Box 2951<br>Omaha, NE  68103-2951 | | J | | | | | 7,868.22 |
| Account No. **6004300901863453**<br>**Household Bank**<br>P.O. Box 80027<br>Salinas, CA  93912-0027 | | J | | | | | 8,038.88 |
| Account No.<br>**Imperial Collection Services**<br>P.O. Box 369<br>Concord, CA  94522 | | | Assignee or other notification for:<br>Household Bank | | | | |
| Account No.<br>**NCB Management Services INC**<br>P.O. Box 1099<br>Langhorne, PA  19047 | | | Assignee or other notification for:<br>Household Bank | | | | |
| Account No.<br>**J.C. Penney**<br>3802 Northdale BLVD<br>Tampa, FL  33624-1833 | | J | | | | | 856.63 |

Sheet _____**4** of _____**7** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                **19,635.82**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**                           Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **RMA <br> P.O. Box 182901 <br> Columbus, OH  87190** | | | Assignee or other notification for: <br> **J.C. Penney** | | | | |
| Account No. <br> **Manning DDS, Richard D. <br> 13304 W. Center RD -- STE 206 <br> Omaha, NE  68144-3453** | | J | | | | | **200.00** |
| Account No. <br> **MBNA America <br> P.O. Box 15026 <br> Wilmington, DE  19850-5026** | | J | | | | | **6,819.27** |
| Account No. <br> **Penncro Associates <br> 95 James Way  STE 113 <br> Southampton, PA  18966-3847** | | | Assignee or other notification for: <br> **MBNA America** | | | | |
| Account No. **4313-0258-1446-3551** <br> **MBNA America <br> P.O. Box 15026 <br> Wilmington, DE  19850-5026** | | J | | | | | **5,676.83** |
| Account No. <br> **Total Credit Recovery USA Group <br> P.O. Box 2304 <br> Buffalo, NY  14240-2304** | | | Assignee or other notification for: <br> **MBNA America** | | | | |
| Account No. <br> **Methodist Hospital <br> P.O. Box 2797 <br> Omaha, NE  68103-2797** | | J | | | | | **641.00** |

Sheet _____ **5** of _____ **7** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                                **13,337.10**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**                    Case No. _____
_____ Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Methodist Hospital** <br> **P.O. Box 2797** <br> **Omaha, NE  68103-2797** | | J | | | | | 788.30 |
| Account No. **5440-4550-0415-9490** <br> **Orchard Bank** <br> **c/o Bankcard Services** <br> **P.O. Box 80084** <br> **Salinas, CA  93912-0084** | | J | | | | | 2,162.84 |
| Account No. <br> **Physicians Clinic** <br> **P.O. Box 3755** <br> **Omaha, NE  68103-0755** | | J | | | | | 126.80 |
| Account No. <br> **Richardson, Jim** <br> **P.O. Box 93** <br> **Whiting, IA  51063** | | J | | | | | 4,000.00 |
| Account No. <br> **Sears** <br> **P.O. Box 818017** <br> **Cleveland, OH  44181-8017** | | J | | | | | 1,880.79 |
| Account No. <br> **Sears** <br> **P.O. Box 818017** <br> **Cleveland, OH  44181-8017** | | J | | | | | 1,154.99 |
| Account No. <br> **Wells Fargo Bank** <br> **P.O. Box 10438** <br> **Des Moines, IA  50306-0438** | | J | | | | | 1,023.04 |

Sheet _____**6**_ of _____**7** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)        **11,136.76**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Bennett, JR, Dannie Lee & Bennett, Maria Dejesus      Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Wells Fargo Bank<br>P.O. Box 3408<br>Omaha, NE  68103-0408** | J | | | | | | 30.00 |
| Account No.<br>**Wells Fargo Card Services<br>P.O. Box 522<br>Des Moines, IA  50302-9907** | J | | | | | | 2,005.57 |
| Account No. **9031410118723532**<br>**Younkers<br>P.O. Box 10327<br>Jackson, MS  39289-0327** | J | | | | | | 270.00 |
| Account No. **56141580**<br>**Younkers<br>P.O. Box 10327<br>Jackson, MS  39289-0327** | J | | | | | | 521.80 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ____**7**____ of ____**7**____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)      **2,827.37**

(Complete only on last sheet of Schedule F)  **TOTAL**      **124,668.81**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus

Debtor(s)                                                          Case No.

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Renner, Fred**<br>**Rennerco Real Estate Inc.**<br>**4780 S. 131st ST**<br>**Omaha, NE  68137** | **Office Lease -- Debtors surrender this lease.** |

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**                                    Case No. _____
_____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bennett, Sean J.**<br>**11007 S. 17th ST**<br>**Bellevue, NE  68005** | **First National Bank**<br>**1620 Dodge ST**<br>**Omaha, NE  68197-2100**<br><br>**American National Bank**<br>**P.O. Box 2139**<br>**Omaha, NE  68103** |

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**                    Case No. _____
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter** | AGE<br>**7 Mos.** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Owner -- Janitorial Services** | **Co-Owner -- Janitorial Services** |
| Name of Employer | **Self-Employed** | **Self-Employed** |
| How long employed | **15 Years** | **5 Years** |
| Address of Employer | **11416 S. 42nd AVE**<br>**Bellevue, NE 68123** | **11416 S. 42nd AVE**<br>**Bellevue, NE 68123** |

© 1983-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | | $ | |
| Estimated monthly overtime | $ | | $ | |
| **SUBTOTAL** | $ | **0.00** | $ | **0.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and Social Security | $ | | $ | |
| b. Insurance | $ | | $ | |
| c. Union dues | $ | | $ | |
| d. Other (specify) | $ | | $ | |
| | $ | | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **0.00** | $ | **0.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | **0.00** | $ | **0.00** |
| | | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| Income from real property | $ | | $ | |
| Interest and dividends | $ | | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| Social Security or other government assistance | | | | |
| (Specify) | $ | | $ | |
| | $ | | $ | |
| Pension or retirement income | $ | | $ | |
| Other monthly income | | | | |
| (Specify) **Net Monthly Self Employment (Estimated)** | $ | **1,571.40** | $ | **1,571.40** |
| | $ | | $ | |
| | $ | | $ | |
| **TOTAL MONTHLY INCOME** | $ | **1,571.40** | $ | **1,571.40** |

**TOTAL COMBINED MONTHLY INCOME $** _____ **3,142.80**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**Debtors have recently expanded their business. They have reviewed their last 3 months to provide the following estimated information. All of the income is shared, so for convenience they have divided it equally between them above. Business Gross: $10,680.00  Business Expenses: $6,800.00  Business Net/Personal Gross: $3,880.00  Combined State and Federal Taxes (Estimated at 19%): $737.20  Personal Net: $3,142.80**

IN RE Bennett, JR, Dannie Lee & Bennett, Maria Dejesus _____ Case No. _____
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 720.00 |
| Are real estate taxes included?    Yes ____ No ✓ | | |
| Is property insurance included?    Yes ____ No ✓ | | |
| Utilities:  Electricity and heating fuel | $ | 120.00 |
|           Water and sewer | $ | 40.00 |
|           Telephone | $ | 50.00 |
|           Other **Cellular Phone(s)** | $ | 130.00 |
|                 **Garbage** | $ | 15.00 |
|                 **Cable with Internet** | $ | 95.00 |
| Home maintenance (repairs and upkeep) | $ | 25.00 |
| Food | $ | 400.00 |
| Clothing | $ | 75.00 |
| Laundry and dry cleaning | $ | 15.00 |
| Medical and dental expenses | $ | 85.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| Charitable contributions | $ | 30.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|           Homeowner's or renter's | $ | 85.00 |
|           Life | $ | |
|           Health | $ | |
|           Auto | $ | 120.00 |
|           Other | $ | |
|           | $ | |
|           | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Real Estate and Automobie Taxes and Licensing** | $ | 290.00 |
|           | $ | |
|           | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|           Auto | $ | 413.00 |
|           Other **Second Mortgage** | $ | 280.00 |
|           | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other **Misc. Expenses--Hair Cuts, Emergencies, Gifts, Etc.** | $ | 85.00 |
|      **Diapers and Baby Care Items** | $ | 75.00 |
|           | $ | |
|           | $ | |
|           | $ | |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**    $    **3,348.00**

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

|   |   |   |
|---|---|---:|
| A.  Total projected monthly income | $ | |
| B.  Total projected monthly expenses | $ | |
| C.  Excess income (A minus B) | $ | |
| D.  Total amount to be paid into plan each | $ | |
| (interval) | | |

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

**United States Bankruptcy Court**
**District of Nebraska**

IN RE:                                                                              Case No. _____

Bennett, JR, Dannie Lee & Bennett, Maria Dejesus                                    Chapter **7** _____
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 150,000.00 | | |
| B - Personal Property | Yes | 2 | 35,760.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 188,200.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 30,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 124,668.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,142.80 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,348.00 |
| Total Number of Sheets in Schedules | | 20 | | | |
| Total Assets | | | 185,760.00 | | |
| Total Liabilities | | | | 342,868.81 | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

IN RE **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus**      Case No. _____

Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** sheets, and that
(Total shown on summary page plus 1)

they are true and correct to the best of my knowledge, information, and belief.

Date: **April 26, 2004**      Signature: */s/ Dannie L. Bennett, JR*
                                 **Dannie L. Bennett, JR**            Debtor

Date: **April 26, 2004**      Signature: */s/ Maria D. Bennett*
                                 **Maria D. Bennett**         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
                                                 (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____      _____
Signature of Bankruptcy Petition Preparer      Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____      Signature: _____

                                      _____
                                      (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

## United States Bankruptcy Court
### District of Nebraska

| IN RE: | Case No. _____ |
|---|---|
| **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus** | Chapter **7** |
| Debtor(s) | |

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **32,000.00** | **(Debtors co-own their own janitorial services business.  Combined Income is stated below)** |
| | **2004 -- Quality Building Services** |
| **25,000.00** | **2003 -- Same** |
| **25,000.00** | **2002 -- Same** |

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **First National Bank**<br>**1620 Dodge ST**<br>**Omaha, NE  68197-2100** | **Various** | **900.00** | **36,600.00** |
| **First Franklin Loan Services**<br>**P.O. Box 1838**<br>**Pittsburgh, PA  15230** | **Various** | **4,940.00** | **117,000.00** |
| **Ocwen Federal State Bank** | **Monthly** | **280.00** | **28,000.00** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

12650 Ingenuity DR
Orlando, FL  32826

| | | | | |
|---|---|---|---|---|
| **Wells Fargo Auto Finance**<br>P.O. Box 29704<br>Phoenix, AZ  85038-9704 | **Monthly** | | **254.00** | **2,800.00** |

None b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|
| **Bennett, Sandy**<br>1216 St. Andrews RD<br>Bellevue, NE  68005<br>**Sister** | **MAR04** | **1,500.00** | **1,500.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Nebraska Furniture Mart, Inc., v.<br>Dannie L. Bennett, JR<br>CI 04-5519** | **Replevin** | **Douglas County Court** | **Judgment** |
| **American National Bank v.<br>Dannie L. Bennett, JR<br>CI 04-493** | **Collection** | **District Court of Sarpy County** | **Judgment** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office Of Paul W. Rea**<br>**941 O Street  STE 728**<br>**Lincoln, NE  68508** | | **525.00** |

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **First National Bank**<br>**1620 Dodge ST**<br>**Omaha, NE  68197-2100** | **13FEB04** | **12,955.50** |

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **April 26, 2004**                    Signature  */s/ Dannie L. Bennett, JR*
                                            of Debtor                                          **Dannie L. Bennett, JR**

Date: **April 26, 2004**                    Signature  */s/ Maria D. Bennett*
                                            of Joint Debtor                                    **Maria D. Bennett**
                                            (if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Nebraska**

IN RE:                                                                  Case No. _____

Bennett, JR, Dannie Lee & Bennett, Maria Dejesus                       Chapter **7**
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| **Real Estate:  11416 S. 42nd AVE, Belleview, NE** | **First Franklin Loan Services** | | **Retain *** | |
| **23 - Automobiles:  1998 Land Rover Discovery** | **First National Bank** | | **Retain *** | |
| **04 - Household Goods and Furnishings** | **Nebraska Furniture Mart** | | **Retain *** | |

* Retain and pay pursuant to original contract

| | | |
|---|---|---|
| **04/26/2004** | /s/ Dannie L. Bennett, JR | /s/ Maria D. Bennett |
| Date | **Dannie L. Bennett, JR**     Debtor | **Maria D. Bennett**     Joint Debtor (if applicable) |

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Nebraska**

**IN RE:**

Case No. _____

Bennett, JR, Dannie Lee & Bennett, Maria Dejesus

Chapter **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 26, 2004**              Signature: */s/ Dannie L. Bennett, JR*

**Dannie L. Bennett, JR**

Debtor

Date: **April 26, 2004**              Signature: */s/ Maria D. Bennett*

**Maria D. Bennett**

Joint Debtor, if any

© 1983-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VERIFICATION OF CREDITOR MATRIX**

ACS International
43174 Business Park DR -- STE 103
Temecula, CA  92590


American National Bank
P.O. Box 2139
Omaha, NE  68103


ATandT Universal Card
P.O. Box 44167
Jacksonville, FL  32231-4167


Bennett, Heather
1216 St. Andrews RD
Bellevue, NE  68005


Bennett, Linda
1216 St. Andrews RD
Bellevue, NE  68005


Bennett, Sandy
1216 St. Andrews RD
Bellevue, NE  68005


Bennett, Sean J.
11007 S. 17th ST
Bellevue, NE  68005


CAC Financial Corp.
2601 NW Expressway -- STE 1000 East
Oklahoma City, OK  73112-7236


Calkins, Scott A.
8990 W. Dodge RD -- STE 317
Omaha, NE  68114-3383

Capital One
P.O. Box 85015
Richmond, VA  23285-5015


Capital One Services
1957 Westmoreland RD
Richmond, VA  23276-5617


Chase Mastercard
P.O. Box 15919
Wilmington, DE  19850-5919


Childrens Home Healthcare
4156 S. 52nd ST
Omaha, NE  68117


Childrens Physicians -- Bellevue
P.O. Box 24607
Omaha, NE  68124-8607


Citi Cards
P.O. Box 45165
Jacksonville, FL  32232-5165


Citi Cards
P.O. Box 6500
Sioux Falls, SD  57117


Citibank
P.O. Box 6500
Sioux Falls, SD  57117


Dell Financial Services
P.O. Box 81577
Austin, TX  78708-1577

Dillard National Bank
P.O. Box 52051
Phoenix, AZ  85072-2051


First Bankcard
P.O. Box 3331
Omaha, NE  68103-0331


First Franklin Loan Services
P.O. Box 1838
Pittsburgh, PA  15230


First National Bank
1620 Dodge ST
Omaha, NE  68197-2100


First National Bank
P.O. Box 3331
Omaha, NE  68103-0331


First National Bank
P.O. Box 2951
Omaha, NE  68103-2951


Gross & Welch, P.C.
2120 S. 72nd ST -- STE 1500
Omaha, NE  68124-2342


Household Bank
P.O. Box 80027
Salinas, CA  93912-0027


Imperial Collection Services
P.O. Box 369
Concord, CA  94522

Internal Revenue Service
Stop 5301
1313 Farnam ST
Omaha, NE  68102


J.C. Penney
3802 Northdale BLVD
Tampa, FL  33624-1833


LTD Financial Services
7322 Southwest FWY  STE 1600
Houston, TX  77074


Manning DDS, Richard D.
13304 W. Center RD -- STE 206
Omaha, NE  68144-3453


MBNA America
P.O. Box 15026
Wilmington, DE  19850-5026


Methodist Hospital
P.O. Box 2797
Omaha, NE  68103-2797


NCB Management Services INC
P.O. Box 1099
Langhorne, PA  19047


NCO Financial Systems
P.O. Box 41417
Philadelphia, PA  19101-1417


Nebraska Department Of Revenue
P.O. Box 94818
Lincoln, NE  68509-4818

Nebraska Furniture Mart
700 S. 72nd ST
Omaha, NE  68114


Ocwen Federal State Bank
12650 Ingenuity DR
Orlando, FL  32826


Orchard Bank
c/o Bankcard Services
P.O. Box 80084
Salinas, CA  93912-0084


Penncro Associates
95 James Way  STE 113
Southampton, PA  18966-3847


Physicians Clinic
P.O. Box 3755
Omaha, NE  68103-0755


Platinum Recovery Solutions
P.O. Box 3708
Omaha, NE  68103-0708


Renner, Fred
Rennerco Real Estate Inc.
4780 S. 131st ST
Omaha, NE  68137


Richardson, Jim
P.O. Box 93
Whiting, IA  51063

RMA
P.O. Box 182901
Columbus, OH  87190


Sarpy County Attorney
1210 Golden Gate DR
Papillion, NE  68046


Sarpy County Treasurer
1210 Golden Gate DR
Papillion, NE  68046


Sears
P.O. Box 818017
Cleveland, OH  44181-8017


Total Credit Recovery USA Group
P.O. Box 2304
Buffalo, NY  14240-2304


TSYS Total Debt Management
P.O. Box 6700
Norcross, GA  30091-6700


U.S. Attorney's Office
Attn:  Laurie Barrett, Esq.
1620 Dodge ST  STE 1400
Omaha, NE  68102


Viking Collection Service, Inc.
P.O. Box 59207
Minneapolis, MN  55459


Wells Fargo Auto Finance
P.O. Box 29704
Phoenix, AZ  85038-9704

```
Wells Fargo Bank
P.O. Box 10438
Des Moines, IA  50306-0438


Wells Fargo Bank
P.O. Box 3408
Omaha, NE  68103-0408


Wells Fargo Card Services
P.O. Box 522
Des Moines, IA  50302-9907


Younkers
P.O. Box 10327
Jackson, MS  39289-0327
```

**United States Bankruptcy Court**
**District of Nebraska**

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| **Bennett, JR, Dannie Lee & Bennett, Maria Dejesus** | Chapter **7** |
| Debtor(s) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     **525.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     **525.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $     **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 26, 2004** | **/s/ Paul W. Rea** |
| Date | Signature of Attorney |
| | **Law Office Of Paul W. Rea** |
| | Name of Law Firm |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only